# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:15-cv-01819-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO PARTIALLY LIFT STAY AND GRANTING MOTION TO AMEND THE COMPLAINT** |
| JERRY H. SCHUETZ, *et al.*, | |
| Defendants. | (ECF Nos. 16, 18) |

I previously entered a stay in this case. ECF No. 15. Plaintiff Bank of New York Mellon (BONY) moves for a partial lifting of the stay and for leave to amend the complaint to add claims against the homeowners' association (HOA). BONY states that it did not previously file claims against the HOA because the pre-suit mediation required under Nevada state law had not been completed. That mediation has concluded and BONY now seeks to add claims against the HOA to avoid a statute of limitations issue.

BONY has shown good cause to partially lift the stay. There is no evidence of bad faith, undue delay, or prejudice. *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013). BONY has not previously amended the complaint. As to futility, issues surrounding the viability of BONY's claims are the subject of the stay. Accordingly, to preserve all parties' rights, I will partially lift the stay and allow BONY to amend.

IT IS THEREFORE ORDERED that plaintiff Bank of New York Mellon's motion to lift stay solely to add the HOA and related claims **(ECF No. 16) is GRANTED.**

IT IS FURTHER ORDERED that plaintiff Bank of New York Mellon's motion to amend **(ECF No. 18) is GRANTED**. Pursuant to Local Rule 15-1(b), plaintiff Bank of New York Mellon shall file and serve the amended pleading.

/ / / /

/ / / /

IT IS FURTHER ORDERED that the administrative stay otherwise remains in place.

DATED this 11th day of April, 2017.

                                                                  ANDREW P. GORDON
                                                                  UNITED STATES DISTRICT JUDGE