# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY H. SCHUETZ, et al.,<br><br>Defendants. | Case No. 2:15-cv-1819-APG-VCF<br><br>**ORDER DISMISSING DEFENDANT LVBP PROPERTIES, LLC**<br><br>**(ECF No. 24)** |

On October 18, 2017, the plaintiff was advised by the court (ECF No. 24) that this action would be dismissed without prejudice as to defendant LVBP Properties, LLC unless on or before November 17, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendant LVBP Properties, LLC only.

Dated: November 22, 2017.

---
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE